AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

### for the

ORIGINAL

U.S. MARSHALS SERVICE
JAN 11 '23 12:55PM

| United States of America | ) | |
| v. | ) | Case No. 3:23-mj-00006-2 |
| | ) | |
| | ) | |
| FERNANDO TAURINO BARRIGA-ANTONIO | ) | |
| | ) | |
| _Defendant_ | | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_   FERNANDO TAURINO BARRIGA-ANTONIO
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☑ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21 USC § 841(a)(1), (b)(1)(A)(vi) and 846 - Possession with intent to distribute controlled substances and Conspiracy to
Possess with Intent to Distribute controlled substances.

Date:  January 11, 2023

_Issuing officer's signature_

City and state:    PORTLAND, Oregon            JEFFREY ARMISTEAD, U.S. Magistrate Judge
_Printed name and title_

| **Return** | | |
| This warrant was received on _(date)_ _____ , and the person was arrested on _(date)_ _____ | | |
| at _(city and state)_ _____ . | | |
| Date: _____ | DATE  01/11/2023 | |
| | ARRESTED BY   DEA   _Arresting officer's signature_ | |
| | U.S. MARSHAL | |
| | _Printed name and title_ | |
| | BY  E. CATER | |